UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

SARA SANCHEZ-RAMPARTAP,

    Plaintiff,

vs.

COMPLYRIGHT, INC.
d/b/a COMPLYRIGHT DISTRIBUTION SERVICES,

    Defendant.
_____/

## COMPLAINT

COMES NOW, Plaintiff, SARA SANCHEZ-RAMPARTAP, by and through her undersigned counsel, and sues the Defendant, COMPLYRIGHT, INC. d/b/a COMPLYRIGHT DISTRIBUTION SERVICES, and alleges as follows:

## INTRODUCTION

1. This is a proceeding for damages to redress the deprivation of rights secured to the Plaintiff by the Family and Medical Leave Act, 29 U.S.C. 2601-2654 ("FMLA").

## JURISDICTION AND VENUE

2. The Court has jurisdiction over their controversy based upon the FMLA, and venue is proper as all acts described herein occurred within this judicial district.

## PARTIES

3. At all times material hereto, the Plaintiff was/is a citizen of the United States, sui juris, and an employee of the Defendant.

4. At all times material hereto, the Plaintiff was an employee and member of a protected class within the meaning of the FMLA.

5. At all times material hereto, Defendant was a Florida Corporation doing business and services in this judicial district, was the employer or former employer of the Plaintiff, and is an employer as defined by the FMLA.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. The Plaintiff has exhausted and fulfilled all conditions precedent to the institution of this action.

## STATEMENT OF FACTS

7. The Plaintiff was employed with the Defendant for over 18 years.

8. During Plaintiff's employment, she always received great performance reviews and was not in jeopardy of losing her position at any point during her lengthy tenure.

9. However, Plaintiff suffers from a medical condition that required her to utilize FMLA leave three separate times over her last 4 years of employment.

10. Upon her last return from FMLA leave in late 2018, within approximately three months, in January of 2019, Plaintiff was terminated for a spreadsheet mistake.

11. Notably, Plaintiff had no prior spreadsheet mistakes, nor was she ever placed on any type of a final warning.

## COUNT I

## FMLA RETALIATION

12. The Plaintiff incorporates by reference paragraphs 1-11 herein.

13. At all times material to this lawsuit, the Plaintiff was entitled to leave under the FMLA.

14. As a result of this exercise of the FMLA, the Defendant intentionally, willfully and unlawfully retaliated against the Plaintiff, in violation of the FMLA.

15. That the Defendant's decision to adversely affect the Plaintiff was both connected to, and in response to the Plaintiff's FMLA coverage.

16. As a direct and proximate result of the Defendant's unlawful treatment, the Plaintiff has suffered damages and will continue to suffer irreparable injury and damages in the future, under the FMLA.

17. The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation under the FMLA.

WHEREFORE, the Plaintiff, SARA SANCHEZ-RAMPARTAP, requests that judgment be entered against the Defendant, COMPLYRIGHT, INC. d/b/a COMPLYRIGHT DISTRIBUTION SERVICES, for all damages recoverable under the FMLA, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a jury trial.

Dated: September 6, 2019.    Respectfully submitted,

Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway
Suite 588
Sunrise, Florida  33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Email: david@levylevylaw.com
Service Email: assistant@levylevylaw.com
*Counsel for Plaintiff*

*/s/ David Cozad*
DAVID M. COZAD, ESQ.
F.B.N.: 333920